Case 3:19-cr-30040-MGM  Document 17  Filed 08/20/20  Page 1 of 2
Case 3:19-cr-30040-MGM *SEALED* Document 8 Filed 08/28/19 Page 1 of 2

*8/20/20 Allowed* [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-30040-MGM |
| | ) | |
| PHU THANH HUYNH, | ) | |
| | ) | |
| Defendant | ) | |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND REQUEST FOR ARRAIGNMENT DATE

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America, through its undersigned attorneys (the "Government"), hereby moves this Court to direct that the Indictment be unsealed on the basis that the defendant was arrested in Charlestown, South Carolina on August 19, 2020. The Government similarly requests that the Court schedule an Arraignment for the defendant on or after September 1, 2020.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: *Steven H. Breslow*
STEVEN H. BRESLOW
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants

Case 3:19-cr-30040-MGM Document 8 Filed 08/20/19 Page 2 of 2
Case 3:04-cr-30040-MGM *SEALED* Document 7 Filed 08/20/19 Page 2 of 2

2

                                            ANDREW E. LELLING
                                            United States Attorney

                                 By:  *Steven H. Breslow*
                                            STEVEN H. BRESLOW
                                            Assistant U.S. Attorney

Dated: August 19, 2020